# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MELBA SHUSHEILA COLQUITT, | ) Case No. 5:23-cv-00678-SB-E |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court has approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff. Judgment is hereby entered for Plaintiff.

DATED: June 16, 2023

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE